JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

QING LU, an individual and NUPROBE LLC, a California company,

        Plaintiffs,

        v.

BANK OF AMERICA, National Association and DOES 1-10,

        Defendant.

Case No. CV 25-10486-DMG (KESx)

**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [15]**

Based on the Parties' Stipulation, and good cause appearing, the Court hereby orders that Defendant Bank of America, N.A. and this entire action are dismissed with prejudice.  The parties shall bear their own respective attorneys' fees and costs.

        IT IS SO ORDERED.

DATED:  February 4, 2026

_____
DOLLY M. GEE
Chief United States District Judge

ORDER